IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEWAYNE HUGHES,                                                                               PLAINTIFF
ADC #109733

v.                                               5:07CV00075HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                        DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motions for the appointment of counsel and for discovery (DE ##31, 32).

The Court notes that the factual allegations in the complaint are not complex, the legal issues are very straightforward, and plaintiff has thus far demonstrated adequate ability to place his claims before the Court. Therefore, the Court will deny plaintiff's request for counsel at this time.

In addition, plaintiff's motion for discovery is actually a request for discovery from the defendants, and should be docketed as such. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for the appointment of counsel (DE #31) is hereby DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for discovery shall be corrected to reflect it as a request for discovery, and therefore, removed from the pending motions list.

IT IS SO ORDERED this 11th day of February, 2008.

_____
Henry L. Jones, Jr.
United States Magistrate Judge