IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEWAYNE HUGHES                                                          PLAINTIFF
ADC #109733

VS.                                    5:07CV00075 WRW

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Henry L. Jones, Jr.   After careful review of the findings and

recommendations and the timely objections thereto, as well as a de novo review of the

record, the Court concludes that the findings and recommendations should be, and are

hereby, approved and adopted as this Court's findings in all respects in their entirety.

Judgment shall be entered accordingly.

IT IS SO ORDERED this 14th day of July, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE