IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEWAYNE HUGHES                                                                                         PLAINTIFF
ADC #109733

VS.                                             5:07CV00075 WRW

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's complaint against Defendants is hereby DISMISSED with prejudice.

SO ADJUDGED this 14th day of July, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE